[No. 2631–2.   Division Two.   March 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN G. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2718, Terence Hanley, J., entered November 8, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2488–3.   Division Three.   March 9, 1978.]

JOHN R. WORTHINGTON, *Appellant,* v. DANIEL KIRBY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 235711, William Fremming Nielsen, J. Pro Tem., entered June 15, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Roe, J.

[No. 2230–3.   Division Three.   March 9, 1978.]

GENE MACKEN, *Appellant,* v. PETE GREENWALT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Adams County, No. 11924, Gordon Swyter, J., entered December 20, 1976. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.